**EX PARTE Beverly Jo JONES**

(In re: Beverly Jo Jones

v.

Hon. Ben H. Brooks, cir. judge)

2140443

Court of Civil Appeals of Alabama.

03/05/2015

Case reinstated 03/23/2015

Mand. pet. denied

**Ronnie O. PARKER**

v.

**STATE**

2140458

Court of Civil Appeals of Alabama.

03/13/2015

Transferred to Sup. Ct. for lack of subject-matter jurisdiction

**EX PARTE Curtis J. COOK, Jr.**

(In re: Curtis J. Cook, Jr.

v.

Governor Robert Bentley et al.)

2140459

Court of Civil Appeals of Alabama.

03/13/2015

Transferred to Sup. Ct. for lack of subject-matter jurisdiction

**EX PARTE Joe Daniel HOLT, Jr.**

(In re: Joe Daniel Holt, Jr.

v.

Robert Bentley et al.)

2140460

Court of Civil Appeals of Alabama.

03/13/2015

Transferred to Sup. Ct. for lack of subject-matter jurisdiction